In the Matter of JULIUS MARCUS, Appellant, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Submitted July 13, 1953; decided July 14, 1953.

Motion to amend remittitur granted and remittitur amended by striking out the award of costs therein and inserting a provision that the order be affirmed, without costs. [See 305 N. Y. 813.]

In the Matter of the Probate of the Will of ROBERT PULVER-MACHER, Deceased. ISIDORE PECH et al., Respondents; PHYLLIS ALTMAN et al., Appellants.

Submitted July 13, 1953; decided July 14, 1953.

Motion to amend remittitur granted and remittitur amended to read as follows: The decree entered pursuant to the order of the Appellate Division is reversed and the original decree of the Surrogate's Court is affirmed, with costs in the Court of Appeals to all parties appearing separately and filing separate briefs payable out of the estate and with costs in the Appellate Division to appellants payable out of the estate. [See 305 N. Y. 378.]